THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES WIL-
LIAMS, Defendant-Appellant.

(No. 57094;

First District (1st Division)—April 2, 1973.

*Rehearing denied April 11, 1973.*

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Harold A. Cowen and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Donald J. Storino, Assistant State's Attorneys, of counsel,) for the People.